# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:18-CR-00134 |
| | : | |
| v. | : | |
| | : | |
| JOSEPH XAVIER ORTIZ | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 17th day of April, 2020, in accordance with the accompanying memorandum, **IT IS ORDERED** that Defendant's motion for presentence release pursuant to 18 U.S.C. § 3145(c) is **DENIED**.[1] (Doc. 85.) Accordingly, Defendant Joseph Xavier Ortiz is **ORDERED** detained pending sentencing. The court's April 26, 2018 order of detention, Doc. 20, shall remain in full force and effect.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania

---

[1] The court recognizes that the circumstances surrounding the COVID-19 pandemic can change rapidly. Accordingly, although the motion is denied, the denial is without prejudice to Defendant filing a renewed motion if his individual circumstances change with respect to the pandemic.